JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA DAVIS,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>R.A.V.C.O., LLC, a California Limited Liability Company, dba CORFU RESTAURANT, STEPHEN L. PERLOF, TRUSTEE OF THE PERLOF MARITAL QTIP TRUST, and DOES ONE TO TEN, inclusive,<br><br>　　　　　*Defendant*. | Case No. 2:15-cv-03423-RGK-MRW<br><br>Hon. R. Gary Klausner<br><br>**ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO Fed.R.Civ.Proc. 41(a)(1)**<br><br>Courtroom: 850 (Roybal) |

## ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 2/16/16

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. R. Gary Klausner
　　　　　　　　　　　　　　　　United States District Court Judge

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, California 92660
(949) 878-8608

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1592 Pegasus Street, Newport Beach, California 92660.

On February 16, 2016, I served the foregoing document described as: **ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO Fed.R.Civ.Proc. 41 (a) (1)** thereon on all interested parties in this action as follows:

JASON K. SINGLETON            Representing Plaintiff
SINGLETON LAW GROUP
P.O. Box 245
Eureka, CA 95502

[]      **BY MAIL -** By addressing a true copy of the above document as set forth above. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business.

[x]     **e-Filing pursuant to Court order**

Executed on February 16, 2016, at Newport Beach, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____//s//_____
Stephen E. Abraham